**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jameele Hakeem'Ali WILLIAMS,**
**Petitioner**

No. 133 WAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Terrell ANTWON, Petitioner**

No. 102 EAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.